IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISIION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>　　　　　　Plaintiff<br>　v.<br><br>FREE SPEECH FOUNDATION, INC. D/B/A AMERICA'S FRONTLINE DOCTORS, SIMONE GOLD, KEVIN JENKINS, and TRENT LOOS<br><br>　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)  Civil Action  No.<br>)<br>)<br>)<br>)  Declaratory Relief Requested<br>)<br>)<br>)<br>) |

**Complaint for Declaratory Judgment**

COMES NOW Plaintiff, PHILADELPHIA INDEMNITY INSURANCE COMPANY, by and through counsel, for its Complaint for Declaratory Judgment against FREE SPEECH FOUNDATION, INC D/B/A AMERICA'S FRONTLINE DOCTORS and various individuals who purport to be officers or directors for Free Speech Foundation, and states as follows:

**Introduction**

1. This is a declaratory judgment action brought pursuant to 28 U.S.C. § 2201 in which Philadelphia Indemnity Insurance Company ("PIIC")

seeks a declaration concerning: (a) which individuals have a right to control Free Speech Foundation d/b/a America's Frontline Doctors ("AFLDS"); and (b) which individuals are and have been during the relevant time period the officers and directors of AFLDS.

2. Plaintiff PIIC is a Pennsylvania corporation with its principal place of business in Pennsylvania.

3. Defendant AFLDS is an Arizona not for profit corporation purportedly doing business in Florida. A report was filed on behalf of AFLDS on August 6, 2024, with the Florida Secretary of State office describing AFLDS as a Foreign Not For Profit Corporation with its current principal place of business at 8805 Tamiami Trail in Naples, Florida. In the August 2024 report filed with the Florida Secretary of State, the registered agent for AFLDS is listed as being Northwest Registered Agent LLC of St. Petersburg, Florida. (See Ex. 1.) In a May 2023 filing with the Florida Secretary of State, the registered agent for AFLDS was listed as Corporation Service Company of Tallahassee, Florida. (See Ex.2.)

4. Defendant Simone Gold is a Florida resident who has purported in filings made with the Florida Secretary of State to be Chairman of the Board of Directors of AFLDS.

5. Defendant Kevin Jenkins is a resident of Florida who has purported in various statements to be the CEO of AFLDS.

6. Defendant Trent Loos is a resident of Nebraska and has made statements purporting to be a board member and Chairman of AFLDS.

7. Pursuant to 28 U.S.C. § 1332(a), this Court has subject matter jurisdiction over this dispute because there is complete diversity between the plaintiff and the defendants herein, and the amount at issue exceeds $75,000, exclusive interest and costs.

8. Further, pursuant to 28 U.S.C. § 1391, venue is proper in this District because a registration for AFLDS filed with the Florida Secretary of State purports that AFLDS is operated from this District.

9. This Court has personal jurisdiction over the various named defendants in their purported capacity as officers and directors of AFLDS because, for among other reasons, they have caused filings to be made under their names with the Florida Secretary of State that represent their personal control of AFLDS, which does business in Florida in this District. Further, various of the named defendants have submitted to the jurisdiction of other Florida courts to litigate other matters concerning each other, or concerning AFLDS.

## Background Statement of Facts

10. PIIC issued a claims-made Flexiplus Five Policy with Policy Number: PHSD1684378 to AFLDS with a Policy Period from January 3, 2022 to January 3, 2023 (the "2022 Policy").

11. PIIC issued a claims-made Flexiplus Five Policy with Policy Number: PHSD1759053 to AFLDS with a Policy Period from January 3, 2023 to January 3, 2024 (the "2023 Policy").

12. PIIC has received a number of claims from AFLDS and from individuals purporting to be officers and directors of AFLDS seeking coverage under the 2022 and 2023 Policies. PIIC is making a good faith effort to investigate those claims to determine coverage under the Policies. As of today, based on what PIIC has learned to date, PIIC cannot be certain what person or persons control AFLDS.

13. Payment of covered Defense Costs and indemnity for all covered claims under the Policies would exceed $75,000.

## Nature of The Controversy

14. There have been disputes among various persons about control of AFLDS and there are ongoing disputes among various persons concerning who are the officers and directors of AFLDS. Various individuals have made

conflicting statements in several litigation matters across the country which cast doubt about who controls AFLDS.

15.     In an action in Arizona in 2022 brought by Simone Gold against AFLDS, and certain individuals, Gold stated in a verification statement for the complaint as follows: "This verification relates solely to the factual statements made in the Verified Complaint. I express no views regarding the legal conclusions, theories, claims, or defenses contained in the Verified Complaint."

16.     Gold verified the following statement in the 2022 Arizona complaint: "At a meeting of the Board of Directors on or about February 2, 2022, Gold orally offered her resignation, performing her obligations under the Resignation Agreement."

17.     In the same Arizona complaint, Gold offered the unverified legal conclusion: "Gold's offered resignation from the Board never took effect."

18.     In a Nevada wrongful death action against AFLDS, on December 18, 2024, Gold testified under oath that she was the founder, President, and "Chairman of the Board" of AFLDS. Gold further admitted in her December 2024 testimony that in 2022 "America's Frontline Doctors was having an internal corporate dispute," about control. Further, in that December 2024 testimony, in regards to issues of corporate control and alleged

5

misappropriation of funds, Gold testified: "It's all—it's settled. And it's also – there was a settlement, just so you know. It's –it there was a – there was a legal settlement, so I don't want to talk about it." Gold's lawyer stated on the record that the settlement is confidential.

19. Gold, in her December 2024 testimony, further testified that AFLDS has been "cyber attacked" which destroyed documents and that the other side in corporate litigation may have destroyed documents such that AFLDS has no documents from before 2022. As such, from Gold's testimony, it is unclear what documents or email, if any, AFLDS has that would document corporate actions.

20. In a January 27, 2023, ruling on a preliminary injunction in a dispute among AFLDS board members, the Arizona Court found: "Gold's claim that she is Chairman of the Board of AFLDS is nonsense. Gold clearly and unequivocally resigned from the Board. Gold's testimony that her resignation was conditional is simply not credible."

21. The Arizona Court found in January 27, 2023: "The status quo, however, is a situation where both sides claim that they are in control of the company."

22. The Arizona Court found in its January 27, 2023, ruling: "A Receiver appears to the Court to be a necessary remedy here. Neither side, however, has requested a Receiver."

23. The parties settled the Arizona litigation with a confidential settlement agreement, but the parties did not ask the court to vacate or withdraw the court's January 27, 2023 factual findings and ruling about what persons control AFLDS.

24. In a filing on May 15, 2023, with the Florida Secretary of State made by Kevin Jenkins, Trent Loos was listed as Chairman of AFLDS, Trent Loos was listed as director of AFLDS, Kevin Jenkins was listed as CEO of AFLDS, and Sheila Ealey was listed as director of AFLDS. Neither Kevin Jenkins nor Trent Loos were parties to the Arizona litigation. (See Ex. 2.)

25. In a filing on May 30, 2023, with the Florida Secretary of State made by Sarah Denis, Simone Gold was listed as Chairman of AFLDS, Richard Mack was listed as a director of AFLDS, Troy Brewer was listed as the Treasurer of AFLDS, and Sarah Denis was listed as the Secretary of AFLDS. (See Ex. 3.)

26. Kevin Jenkins stated in a sworn declaration dated August 16, 2024, that he was the CEO of AFLDS and that the "AFLDS Board unanimously voted to accept [Simone Gold's] resignation from the AFLDS

7

Board on February 2, 2022 …" Jenkins also stated that he has never been terminated from AFLDS.

27. Trent Loos stated in a sworn declaration dated July 22, 2024 that he "currently serve[s] as the Chairman of the Board of Free Speech Foundation, Inc., dba America's Frontline Doctors ("FSF")[sic]."

28. Loos stated further in his July 22, 2024, declaration that he had not authorized any of the 2024 filings with the Florida Secretary of State, that he has not authorized any filing with any state moving AFLDS to Florida, and that he has not waived any AFLDS attorney/client privilege to allow for the production of privileged documents in any litigation. Loos has not, however, moved to correct any of the allegedly erroneous Florida filings.

29. Loos stated further in his July 22, 2024, declaration that it is in the best interest of AFLDS for a court to appoint a receiver to manage AFLDS's affairs and assets.

30. Because of the conflicting sworn statements made by Gold, Jenkins, and Loos, PIIC has no means to determine which individuals have authority to act on behalf of AFLDS and to bind AFLDS. As such, PIIC has standing to bring this action because various persons have asked PIIC to make determinations about insurance coverage for AFLDS in connection with various actions.

8

31. There is an actual case or controversy to determine who controls AFLDS.

## Count 1

### No Person Presently Has a Right to Control AFLDS

32. PIIC asserts and realleges paragraphs 1 through 31.

33. AFLDS has no members, shareholders, or owners as an Arizona non-profit corporation.

34. There are presently competing claims concerning who controls AFLDS.

35. As there is no body of shareholders, owners, or members who can vote to determine control of AFLDS, no person presently can demonstrate a right to control AFLDS.

Wherefore, PIIC seeks a declaration from this Court that no person presently controls AFLDS and it would be proper for a Court of competent jurisdiction to appoint a receiver for AFLDS at the request of any person with an interest that result.

## Count 2

## <u>Simone Gold Is Not An Officer or Director of AFLDS and Has No Right to Control AFLDS</u>

36. PIIC asserts and realleges paragraphs 1 through 35.

37. Competent evidence shows that Simone Gold resigned from her position as an officer or director of AFLDS and that the AFLDS board accepted that resignation. Thus, Gold is no longer an officer or director of AFLDS.

38. Gold has never been returned to the board of AFLDS and has no present right to assert she is an officer or director of AFLDS.

Wherefore, PIIC seeks a declaration from this Court that Simone Gold is neither the Chairman, nor an officer, nor director of AFLDS and has not been an officer or director since she resigned from the board in February of 2022 and has no right to control AFLDS.

## Count 3

## **Trent Loos Is Not An Officer or Director of AFLDS and Has No Right to Control AFLDS**

39. PIIC asserts and realleges paragraphs 1 through 38.

40. Simone Gold asserts that she is the Chairman of AFLDS and that claim is supported with numerous filings with the Secretary of State in Florida.

41. Loos cannot be the chairman of AFLDS based on the record of the Secretary of State filings in Florida that state Gold is the Chairman of AFLDS.

Wherefore, PIIC seeks a declaration from this Court that Trent Loos is neither the Chairman nor a board member of AFLDS and does not have a right to control AFLDS.

## Count 4

## **Kevin Jenkins is Not An Officer or Employee of AFLDS and Has No Right to Control AFLDS**

42. PIIC asserts and realleges paragraphs 1 through 41.

43. Kevin Jenkins has asserted he is still employed by AFLDS.

44. Evidence shows that Kevin Jenkins is not employed by AFLDS nor is he an officer of AFLDS.

Wherefore, PIIC seeks a declaration from this Court that Kevin Jenkins is neither an officer nor an employee of AFLDS and does not have a right to control AFLDS.

Dated:   March 7, 2025
         Miami, Florida

**GOLDBERG SEGALLA LLP**
*Attorneys for Defendant,*
  *Philadelphia Indemnity Insurance Company*
801 Brickell Avenue, 8th Floor
Miami, Florida  33131
Mailing Address:
Post Office Box 607
Buffalo, NY 14201
Telephone No. 786-814-4813
Facsimile No.  786-814-4899

By:   */s/ Valerie Shea*
      Valerie Shea
      Florida Bar No. 436800
      vshea@goldbergsegalla.com
      ppowers@goldbergsegalla.com


David Grassmick (pro hac pending)(lead counsel)
COPE EHLERS, P.C.
135 S. LaSalle Street
Suite 3050
Chicago, IL 60603
Tel: (312) 549-9384
Fax: (312) 549-9389
dgrassmick@copeehlers.com