UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

CASE NO. 8:25-cv-00551-JSM-CPT

Plaintiff

v.

FREE SPEECH FOUNDATION, INC.
D/B/A AMERICA'S FRONTLINE
DOCTORS, SIMONE GOLD, KEVIN
JENKINS, and TRENT LOOS

Defendants
_____/

## ANSWER OF DEFENDANT KEVIN JENKINS

Defendant Kevin Jenkins responds to the Complaint filed by Plaintiff Philadelphia Indemnity Insurance Company as follows:

1. No admission or denial is required.

2. Admitted.

3. Admits AFLDS is an Arizona nonprofit; denies remaining allegations for lack of knowledge.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted.

18. Denies for lack of knowledge regarding Gold's December 2024 testimony.

19. Denies for lack of knowledge regarding AFLDS's document destruction.

20. Admitted.

21. Admitted.

22. Admitted.

23. Admitted.

24. Admitted.

25. Denies for lack of knowledge.

26. Admitted.

27. Denies for lack of knowledge.

28. Denies for lack of knowledge.

29. Denies for lack of knowledge.

30. No admission or denial is required.

31. Admitted.

32. No admission or denial is required.

33. Admitted.

34. Admitted.

35. Denied.

36. No admission or denial is required.

37. Admitted.

38. Admitted.

39. No admission or denial is required.

40. Denies for lack of knowledge.

41. Denies.

42. No admission or denial is required.

43. Admitted.

44. Denied.

Dated: May 6, 2025                              Respectfully submitted,


                                                By: /s/Jorge Schmidt
                                                JORGE SCHMIDT
                                                (Florida Bar Nº 781711)
                                                LEGAL SCHMIDT, PLLC
                                                7901 4th Street N #14767
                                                St. Petersburg, Florida 33702
                                                Telephone: (305) 902-5125
                                                Email: jorge@spllc.law

                                                *Counsel for Defendant Kevin Jenkins*

## CERTIFICATE OF SERVICE

       I certify that on May 6, 2025 I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                            By: /s/Jorge Schmidt
                                              *Counsel for Rachel L.T. Rodriguez*