UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

PHILADELPHIA INDEMNITY            CASE NO. 8:25-cv-00551-JSM-CPT
INSURANCE COMPANY,

Plaintiff
v.

FREE SPEECH FOUNDATION, INC.
D/B/A AMERICA'S FRONTLINE
DOCTORS, SIMONE GOLD, KEVIN
JENKINS, and TRENT LOOS

Defendants
_____/

**ANSWER OF DEFENDANTS TRENT LOOS AND
REAL FREE SPEECH FOUNDATION, INC
dba AMERICA'S FRONTLINE DOCTORS**

Defendants Trent Loos and the legally extant Free Speech Foundation dba America's Frontline Doctors ("FSF" or "real FSF") by undersigned counsel answer the Complaint filed by Plaintiff Philadelphia Indemnity Insurance Company as follows:

1. No admission or denial is required.

2. Admitted.

3. Admitted that FSF is an Arizona nonprofit and that a May 2023 filing with the Florida Secretary of State shows the registered agent for FSF was Corporation Service Company of Tallahassee.  Denied that an August 2024 filing with the Florida Secretary of State was made "on behalf of AFLDS"; and the remaining allegations are denied for lack of knowledge.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted that venue in this District is proper, but the basis thereof as alleged in paragraph 8 is denied.

9. Admitted.

10. Admitted.

11. Admitted.

12. Defendants are without sufficient knowledge to admit or deny that "PIIC is making a good faith effort to investigate" claims made against policies issued to FSF or whether "PIIC cannot be certain what person or persons control AFLDS" and therefore deny the allegations. Defendants admit the remaining allegations.

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted.

18. Denied for lack of knowledge regarding Gold's December 2024 testimony; and further denied that there has been any legal settlement involving the real FSF regarding "issues of corporate control and alleged misappropriation of funds."

19. Denied for lack of knowledge regarding Gold's December 2024 testimony; and further denied regarding document destruction of FSF corporate records.

20. Admitted.

21. Admitted.

22. Admitted.

23. Denied that the real FSF settled Arizona litigation; admitted that the parties did not ask the court to vacate or withdraw the January 27, 2023 findings or ruling of that court.

24. Admitted.

25. Denied for lack of knowledge.

26. Denied for lack of knowledge regarding Jenkins' August 2024 testimony; admitted that Jenkins has never been terminated from FSF.

27. Admitted.

28. Admitted.

29. Admitted.

30. No admission or denial is required.

31. Admitted.

32. Defendants reassert responses to paragraphs 1-31.

33. Admitted.

34. Admitted.

35. Denied.

36. Defendants reassert their responses to paragraphs 1-35.

37. Admitted.

38. Admitted.

39. Defendants reassert responses to paragraphs 1-38.

40. Admitted that Defendant Gold asserts that she is Chairman of FSF; all other allegations are denied.

41. Denied.

42. Defendants reassert responses to paragraphs 1-41.

43. Admitted.

44. Denied.

## AFFIRMATIVE DEFENSE

Plaintiff cannot state a claim for declaratory relief because the lawfully appointed Directors and Officers of the real FSF can be determined by unbroken chain of FSF Board appointment through admissible corporate records; nevertheless, without conceding Plaintiff's allegations to the contrary, Defendants assert in accordance with the Resolutions of the Board on May 26, 2023 and March 20, 2025 that a Receiver should be appointed by a tribunal on behalf of FSF.

This 12th Day of May, 2025                Respectfully submitted,

            /S/ Rachel Rodriguez

VIRES LAW GROUP, PLLC
Rachel Rodriguez, FL Bar # 110425
515 N. Flagler Dr., Suite 350
West Palm Beach, Florida 33401
561-370-7383 (phone)
rrodriguez@vireslaw.group (email)
*Counsel for Trent Loos and Free Speech Foundation, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 12, 2025, upon filing of the foregoing, I served the same by Court's CM/ECF system to all counsel of record in the above-captioned matter.

            __/s/ Rachel Rodriguez___
            *Counsel for Trent Loos and Free Speech Foundation, Inc.*