

David Dalia <davidadalia@gmail.com>

## Additional Request for Consent to Corrected Motions to File Reply, & For Excess Pages

**John De Koker** <jdekoker@copeehlers.com>  Fri, Dec 5, 2025 at 11:38 AM
To: David Dalia <davidadalia@gmail.com>, "Jorge Schmidt, Esq." <jorge@spllc.law>
Cc: Rachel Rodriguez <rrodriguez@vireslaw.group>, "Shea, Valerie" <vshea@goldbergsegalla.com>, Peter Ticktin <pt@legalbrains.com>, Heather Gibson <hgibson@gibsonhealth-law.com>, "serv536@legalbrains.com" <serv536@legalbrains.com>

Dear David,

I was surprised that Gold/Gold Free Speech filed a motion for summary judgment earlier this week given they have yet to answer PIIC's discovery requests that were served several months ago.  Also, were you served with copies of the discovery responses from the other defendants?  If not, I ask here that Rachel and Jorge provide those to you.

In addition, it will be difficult for PIIC to respond to the motion in its current format.  Some of the deficiencies are as follows:

- The motion is difficult to follow as it is purportedly seeking summary judgment on PIIC's Declaratory Judgment Complaint, but is also seeking summary judgment on the Gold/Free Speech crossclaim against Loos.  It also seeks relief in connection with other issues that are outside of PIIC's complaint such as the motion for receiver that has already been briefed by the Defendants and to which PIIC has no position.  Given that the motion for summary judgment comingles all of these claims, it is difficult for PIIC to discern what it needs to respond to in the motion.

- The Statement of Facts consists of 62 statements with vague citations to the almost 700-pages of exhibits filed with the SUF (many of which are not admissible).  Like the motion, it is unclear which statements PIIC needs to respond to as it is unclear which statements are being relied upon by Gold/Free Speech in support of motion for summary judgment in relation to any of PIIC's claims.

- In addition, the SUF includes the following statement: "Facts marked with an asterisk (*) are central, outcome-determinative facts referenced repeatedly in the accompanying Memorandum of Law." This statement is confusing as only a few paragraphs are marked with an asterisk.  This makes it ever more unclear as to which statements require a response from PIIC.

- Also, needless to say, the motion fails to comply with the requirements of the Local Rule 3.01.

PIIC would like to get a judicial declaration as to the control of Free Speech as soon as possible to save everyone time and expense, but the motion for summary judgment has significantly flaws.  PIIC would like to avoid bothering the court with a motion to strike and respectfully requests that you withdraw the motion.  Please advise if the Gold/Gold Free Speech defendants will agree to do so.

I am happy to have a call to discuss.

Sincerely,

John

John C. De Koker III



*Innovation+Experience+Results*

135 South LaSalle Street
Suite 3050
Chicago, IL 60603
Phone: 312-796-0549
JDeKoker@CopeEhlers.com

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please immediately notify the sender by reply e-mail and delete the message and any attachments.

[Quoted text hidden]